UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RICARDO BANUELOS,<br><br>                Defendant. | 2:07-CR-137 JCM (RJJ) |

**ORDER**

Presently before the court is petitioner Ricardo Banuelos's letter requesting the status of his 28 U.S.C. § 2255 motion. (Doc. # 113). Although letters to the court are usually disregarded, *see* Fed. R. Civ. P. 7 (a document requesting a court order must be styled as a motion, not a letter), the court makes an exception under these circumstances.

The government filed a motion for leave to file a late response to petitioner's 28 U.S.C. § 2255 motion (doc. # 107) and the court granted the motion (doc. # 108). Subsequently, the government timely complied with the extension of time. (*See* doc. # 109). The court then granted petitioner an extension of time to file his reply. (Doc. # 112). Petitioner then filed the instant letter. (Doc. # 113).

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Because this letter indicates that petitioner has not received the court's order granting
2  defendant the initial extension of time of reply;[1] the court finds that an additional thirty (30) day
3  extension of time is warranted.
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner shall have up
5  to and including November 24, 2012, to file a reply to the government's response.
6  DATED October 23, 2012.

UNITED STATES DISTRICT JUDGE

---

[1] It appears that manual distribution in this case has caused some delay in communication between the parties and the court.

**James C. Mahan**
**U.S. District Judge**

- 2 -